PETTIT LAW HAWAI'I LLLC
TED N. PETTIT, ESQ. [4287]
Email: ted@pettitlawhawaii.com
Pauahi Tower
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813-3283
Phone: (808) 237-2477 | Fax: (808) 664-6723

MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GALLO *(pro hac vice)*
One Federal Street
Boston, MA 02110-1726
Phone: +1 (617) 951-8117
Email: andrew.gallo@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MELISSA Y. BOEY *(pro hac vice)*
1400 Page Mill Road
Palo Alto, CA 94304
Phone: +1 (650) 843-4000
Email: melissa.boey@morganlewis.com

Attorneys for HAWAIIAN TELCOM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| WAIMANA ENTERPRISES, INC., *et al.*<br><br>Appellant.<br><br>v.<br><br>HAWAIIAN TELCOM, INC.,<br><br>Appellee. | Case No. 1:22-CV-00434-JAO-KJM<br>(Bankruptcy Appeal)<br><br>**APPELLEE HAWAIIAN TELCOM, INC.'S OPPOSITION BRIEF TO APPEAL OF JUDGMENT; EXHIBIT A; STATEMENT OF RELATED CASES; CERTIFICATE OF COMPLIANCE** |

## CORPORATE DISCLOSURE STATEMENT

Appellee Hawaiian Telcom, Inc. is a Hawaii corporation, whose stock is 100% owned by Cincinnati Bell Inc. There is no publicly held corporation that holds 10% or more of the stock in Cincinnati Bell Inc.

DATED: Honolulu, Hawaii, April 24, 2023.

        PETTIT LAW HAWAI'I LLLC

        */s/ Ted N. Pettit*
        TED N. PETTIT
        and
        MORGAN, LEWIS & BOCKIUS LLP
        ANDREW J. GALLO
        MELISSA Y. BOEY

        Attorneys for HAWAIIAN TELCOM, INC.