This case addresses the appeal of that certain *Judgment on Adversary Proceeding* (the "Judgment") issued by the U.S. Bankruptcy Court. The Judgment was entered at ECF 71 of an adversary proceeding (at Adv. Pro. Case No. 22-90008, the "Waimana AP") associated with the bankruptcy case of Paniolo Cable Company, LLC ("Paniolo"), Bankr. No. 18-01319 (the "Paniolo Bankruptcy").

## JURISDICTIONAL STATEMENT

The Bankruptcy Court had jurisdiction to enter the Judgment under 28 U.S.C. § 1334(b). This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 158. The Judgment was entered on August 23, 2022, after the Bankruptcy Court had issued an order dismissing the First Amended Complaint in this adversary proceeding in its entirety at ECF 67 on August 18, 2022 (the "Dismissal Order"). Waimana Enterprises Inc. ("Waimana"), Clearcom, Inc. ("Clearcom") and Pa Makani LLC ("Pa Makani") (collectively, the "Appellants") jointly filed an appeal of the Judgment and Dismissal Order on August 30, 2022. ECF 75, 76. Appellants' appeal of the Dismissal Order is pending in this Court at Case No. 22-435.[1]

---

[1] Six interrelated appeals have been initated by related parties of rulings issued in the Paniolo Bankruptcy. These appeals are pending at Case Nos. 22-426, 22-427, 22-428, 22-434, 22-435, and 22-441. A consolidated summary timeline of the factual and procedural history underlying all six Paniolo Bankruptcy appeals has been attached hereto as **Exhibit A**.

# STATEMENT OF THE CASE, STANDARD OF REVIEW, SUMMARY OF ARGUMENT, AND ARGUMENT

The Bankruptcy Court's entry of the Dismissal Order wholly dismissed the operative complaint in the Waimana AP, and resulted in the issuance of the Judgment. The Dismissal Order has been separately appealed to this Court at Case No. 22-435. Accordingly, to avoid unnecessary duplicity, appellee Hawaiian Telcom, Inc. ("HTI") incorporates herein by reference the Statement of the Case, the Standard of Review, the Summary of Argument, and the Argument that it submitted to this Court in its filed opposition brief to Appellants' parallel appeal of the Dismissal Order. HTI's opposition brief has been filed at ECF 21 in Case No. 22-435.

# CONCLUSION

For the reasons outlined in its opposition brief to Appellants' parallel appeal of the Dismissal Order, HTI respectfully requests that the Judgment be affirmed in its entirety.

DATED: Honolulu, Hawaii, April 24, 2023.

        PETTIT LAW HAWAI'I LLLC

        /s/ *Ted N. Pettit*
        TED N. PETTIT
        and
        MORGAN, LEWIS & BOCKIUS LLP
        ANDREW J. GALLO
        MELISSA Y. BOEY

        Attorneys for HAWAIIAN TELCOM, INC.