D.C. No. 1:22-cv-00434-JAO-KJM

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

In Re: PANIOLO CABLE COMPANY, LLC,

                         Debtor.

WAIMANA ENTERPRISES INC.,

                         Appellant,

v.

HAWAIIAN TELCOM, INC., et al.,

                         Appellees.

---

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

NO. HI-22-01178

HON. ROBERT J. FARIS

**APPELLANTS' REPLY BRIEF**

          WILLIAM MEHEULA    2277
          MEHEULA LAW, LLLC
          Three Waterfront Plaza, Suite 499
          500 Ala Moana Boulevard
          Honolulu, Hawaii 96813
          Telephone No.: (808) 599-9554
          Email: bill@meheulalaw.com

          Attorney for Appellants
          WAIMANA ENTERPRISES INC.,
          PA MAKANA LLC, and
          CLEARCOM, INC

# TABLE OF CONTENTS

I. SUMMARY OF THE ARGUMENT ........................................................ 2

CERTIFICATE OF COMPLIANCE ........................................................ 3

CERTIFICATE OF SERVICE ........................................................ 4

D.C. No. 1:22-cv-00434-JAO-KJM

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP Case No. HI-22-01178 (RJF) |
| PANIOLO CABLE COMPANY, LLC, | |
| Debtor. | |
| _____ | |
| WAIMANA ENTERPRISES INC., | |
| Appellant, | |
| vs. | |
| HAWAIIAN TELCOM, INC.; DEPARTMENT OF HAWAIIAN HOME LANDS, STATE OF HAWAIʻI; TRUSTEE MICHAEL KATZENSTEIN, | |
| Appellees. | |

## REPLY BRIEF OF APPELLANTS

As this is an appeal of the Judgment resulting from the FAC Dismissal Order, Appellants incorporate by reference the Opening and Reply Briefs in the Final Relief Appeal, Case No. 1:22-CV00427, and in the FAC Dismissal Appeal, Case No. 1:22-CV00435. Appellants request that FAC Dismissal Order be reversed and remanded, and the Judgment be set aside.

Date: Honolulu, Hawaii, May 24, 2023.

                                    /s/ *William Meheula*
                                    WILLIAM MEHEULA

                                    Attorney for Appellants
                                    WAIMANA ENTERPRISES INC.,
                                    PA MAKANA LLC and
                                    CLEARCOM, INC

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

☒ this brief contains <u>56</u> words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), or

☐ this brief uses a monospaced typeface and contains _____ lines of text, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

☒ this brief has been prepared in a proportionally spaced typeface using *(state name and version of word processing program)* Microsoft Word in 14-point Times New Roman, or

☐ this document has been prepared in a monospaced typeface using *(state name and version of word processing program)* _____ with *(state number of characters per inch and name of type style)*.

/s/ *William Meheula*                     Date: May 24, 2023.

# CERTIFICATE OF SERVICE

D.C. No. 1:22-cv-00434-JAO-KJM

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants:

**Description of Document(s):**

Reply Brief in HI-22-01178.

/s/ *William Meheula*                     Date: May 24, 2023.